No. 853

First Circuit

RECILE v. SOUTHERN UNITED ICE CO.

(October 7, 1931. Opinion and Decree.)

(*No Syllabus*)

B. & M. Purser, of Amite, attorneys for plaintiff, appellant.

Leon Ford, Jr., of Hammond, attorney for defendant, appellee.

LeBLANC, J. This is a companion suit to that of George Recile v. Southern United Ice Company, 17 La. App. 611, 136 So. 769, in which an opinion was this day handed down and judgment rendered by the court. In the opinion, reference is made to this suit.

For the same reasons as are assigned therein, the judgment of the lower court in this case is also affirmed.